

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00304-CV

ROSENDO CANTU D/B/A CANTU WELDING, APPELLANT

V.

JOSE ALDABA, APPELLEE

On Appeal from the 69th District Court
Moore County, Texas
Trial Court No. 17-60, Honorable Ron Enns, Presiding

September 13, 2019

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant, Rosendo Cantu d/b/a Cantu Welding, has filed a motion seeking voluntary dismissal of this appeal. The court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.

As no decision of the court has been delivered to date, we grant the motion. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will

issue forthwith. The parties have not presented an agreement for assessment of costs. Therefore, costs are assessed against appellant. TEX. R. APP. P. 42.1(d).

Per Curiam